IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN GIOVANNI, et al., *Plaintiffs,* v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 16-04873 |
| DOROTHY PALMER, et al., *Plaintiffs,* v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 17-00765 |

## ORDER

**AND NOW**, this 10th day of September, 2019, upon consideration of Defendant United States Department of the Navy's Motions to Dismiss (ECF No. 35 in civil action number 16-4873 and ECF No. 26 in civil action number 17-765), and Plaintiffs' having filed a Consolidated Amended Complaint, it is hereby **ORDERED** that the motions are **DENIED as moot.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.